NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1555, -1574

MARS INCORPORATED and MEI, INC.,

Plaintiffs-Cross Appellants,

v.

JCM AMERICAN CORP. and JAPAN CASH MACHINE CO., LTD.,

Defendants-Appellants.

Appeals from the United States District Court for the District of New Jersey in case no. 05-CV-3165, Judge Robert B. Kugler.

ON MOTION

Before SCHALL, Circuit Judge.

ORDER

JCM American Corp. et al. (JCM) move to strike MEI, Inc. from the caption and to dismiss MEI's appeal. Mars Incorporated and MEI oppose. JCM replies.

The arguments in the motions to strike and dismiss concern the merits of the appeals. Such arguments should be made in the briefs, if appropriate.

Accordingly,

IT IS ORDERED THAT:

The motions are denied without prejudice to the parties raising the issues in the briefs, if appropriate.

FOR THE COURT

DEC 2 9 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc: Michael T. Renaud, Esq.
David B. Abel, Esq.

s8

DEC 2 9 2009

JAN HORBALY
CLERK